807

**PHILBECK CORPORATION, Plaintiff-Appellant, v. The ACME SHEAR COMPANY, Defendant-Appellee.**

No. 230, Docket 21934.

United States Court of Appeals Second Circuit.

Argued April 11, 1951.

Decided May 9, 1951.

Ward, Crosby & Neal, New York City, Kenneth S. Neal and Joshua Ward, New York City, of counsel, for appellant.

Henry Van Arsdale, Washington, D. C., for appellee.

Before SWAN, CHASE and FRANK, Circuit Judges.

PER CURIAM.

Decree affirmed on opinion below.

**KENTUCKY BELL CORPORATION, a corporation, Appellant, v. D. D. STEWART, Individually, and D. D. Stewart, operating as the Stewart Coal & Oil Company, Appellees.**

No. 11207.

United States Court of Appeals Sixth Circuit.

Feb. 5, 1951.

Robert R. Boone, Pineville, Ky., for appellant.

Logan E. Patterson and James S. Wilson, Pineville, Ky., for appellees.

Before HICKS, Chief Judge, and ALLEN and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of record, the exhibits filed, the briefs and arguments of counsel, and upon consideration of all which it appears to the court that there is no reversible error upon the record—

It is therefore ordered, adjudged and decreed that the judgment appealed from and entered of record in the District Court on March 20, 1950, be and the same is in all things affirmed, upon the grounds and for the reasons set forth in the Findings of Fact and Conclusions of Law of the District Judge, 96 F.Supp. 983, filed March 20, 1950.

**Stephen FEEKO, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY.**

No. 10420.

United States Court of Appeals Third Circuit.

Argued May 7, 1951.

Decided May 10, 1951.

Harry R. Kozart, Philadelphia, Pa., for appellant.

No oral argument for appellee (Robert W. Sayre, Harry E. Sprogell, Philadelphia, Pa., Saul, Ewing, Remick & Saul, Philadelphia, Pa., on the brief), for appellee.

Before BIGGS, Chief Judge, and MARIS and STALEY, Circuit Judges.

PER CURIAM.

Affirmed in open court.